UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 15-00305 VC |
| | ) | |
| | ) | **ORDER OF DETENTION** |
| v. | ) | |
| | ) | |
| ALEJANDRO CONTRERAS-GOMEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter came before the Court on April 14, 2017, for an initial appearance on a Form 12. Defendant Alejandro Contreras-Gomez was present and represented by Assistant Public Defender Candice Mitchell. Assistant United States Attorney Katie Lloyd-Lovett appeared for the government.

The government moved for detention and Defendant sought release upon the conditions of his supervised release. The Court concluded that it could not find by clear and convincing evidence that Defendant does not pose a danger to the safety of any other person or the community if released, and thus ordered him detained. In particular, in light of Defendant's two recent arrests for driving under the influence of alcohol, he poses a risk of danger to himself and the community,

especially since a condition of his supervised release is that he abstain from all alcohol. Further, the Form 12 charges that Defendant failed to enter a residential treatment facility as directed. Accordingly, Defendant is remanded to the custody of the US Marshal. It is the Court's hope that Defendant will recognize the seriousness of his alcohol addiction and seek to obtain treatment.

SO ORDERED.

Dated: April 14, 2017

HON. JACQUELINE SCOTT CORLEY
United States Magistrate Judge